■ HERTHA WISEMAN, as Administratrix of the Estate of DONALD WISEMAN, Deceased, Respondent, v. CITY OF NEW YORK, Appellant, et al., Defendant. CHARLES BELEKIS, Plaintiff, v. CITY OF NEW YORK et al., Defendants. CITY OF NEW YORK, Appellant, v. CHARLES BELEKIS, Respondent.— Motion by respondent Wiseman to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the February Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 16, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

## (December 27, 1960)

■ MARCELLA BUCHANAN, Respondent, v. JAMES F. BUCHANAN, Appellant. — Motion by plaintiff to dismiss the appeal of defendant, taken by notice of appeal dated September 25, 1960, from an order of the Special Term denying him visitation rights. Motion granted; appeal dismissed. While the appeal purports to be taken from an order, no order has yet been signed or entered on the decision of the Special Term sought to be reviewed. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ DOROTHY C. CROMBIE et al., Appellants, v. HUBERT J. MILLER et al., Individually and as Partners Trading as VALLEY INN, Respondents.— Motion by appellants for leave to appeal as poor persons granted. The appeal will be heard on the original papers (including the typed minutes) and on appellants' typewritten brief. The appellants are directed to file six copies of their typewritten brief and to serve one copy on the respondents. Motion for assignment of counsel granted. Harry Edelstein, Esquire, 16 Main Street, Haverstraw, New York, is assigned as counsel to prosecute the appeal. Motion by appellants to be furnished with a copy of the stenographic minutes of the trial, at county expense, denied, without prejudice to an application for this relief to the trial court (Civ. Prac. Act, § 1493). Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ JOSEPH U. FIORE, Appellant, v. PASQUALE AMORUSO et al., Respondents; FRANK FERRINO et al., Intervening Respondents.— Motion by appellant to extend time to perfect appeal, to abridge the record, and to settle the case on appeal as abridged. Motion denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF NEW YORK, Respondent, v. UNITED STATES OF AMERICA, Appellant, and HARRY LEWIS et al., Respondents.— Motion by appellant to extend time to perfect appeal, granted; time extended to the February Term, beginning January 30, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 9, 1961. Stay granted by order of December 14, 1960, continued. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ ABE GERCHICK, Appellant, v. BERNARD MOORE et al., Respondents.— Motion by appellant to vacate order, entered December 5, 1960, dismissing the appeal, and for other relief, denied, without prejudice to renewal upon proper papers showing the merits of the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.